THE STATE OF OHIO, APPELLEE, *v*. BAKER, APPELLANT.

[Cite as *State v. Baker*, 121 Ohio St.3d 1233, 2009-Ohio-1675.]

*Appeals dismissed as improvidently certified and accepted.*

(Nos. 2008-1094 and 2008-1304 — Submitted March 24, 2009 — Decided April 15, 2009.)

APPEAL from and CERTIFIED by the Court of Appeals for Summit County, No. 23840, 2008-Ohio-1909.

_____

{¶ 1} The causes are dismissed, sua sponte, as having been improvidently certified and accepted.

{¶ 2} The court orders that the opinion of the court of appeals may not be cited as authority except by the parties inter se.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and LANZINGER, JJ., concur.

CUPP, J., concurs in part but dissents from the restriction on citation of the opinion of the court of appeals.

_____

Sherri Bevan Walsh, Summit County Prosecuting Attorney, and Richard S. Kasay, Assistant Prosecuting Attorney, for appellee.

Donald Gallick, for appellant.

_____